IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  v.

**KENNETH J. HAMMIT,**
SSN: \*\*\*-\*\*-9427

      Defendant.

      And

**HAMILTON COUNTY AUDITOR,**

      Garnishee.

: CASE NO. 1:00-CV-0175
: JUDGE MICHAEL BARRETT
: MAGISTRATE JUDGE WEHRMAN

**REPORT AND RECOMMENDATION RECOMMENDING THE DISTRICT COURT GRANT THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WRIT OF CONTINUING GARNISHMENT**

The United States of America has filed an Application for Writ of Continuing Garnishment. (the "Application"). (Docs. 12, 14.)[1] Defendant Kenneth J. Hammit ("Defendant" or "judgment debtor") has not filed an objection. This Application has been referred to the undersigned for a Report and Recommendation as to the disposition of the Application. For the reasons set forth, it is **RECOMMENDED** that the Application be **GRANTED**.

Title 28 of the United States Code, Section 3205 sets forth the requirements that must be included in a writ of garnishment. *See* 28 U.S.C. § 3205(b)(1). Per this statute, an application must include: (1) the judgment debtor's name, social security number, and last known address; (2) "the nature and amount of the debt owed and the facts that not less than 30 days has elapsed since

---

[1] The United States of America filed an Amended Application for a Writ of Continuing Garnishment (Doc. 14) on April 9, 2018. The Application is substantively the same and merely corrects a typographical error in paragraph 1.

1

demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due;" and (3) "that the garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the debtor has a substantial nonexempt interest." *Id.* at (A)-(C).

Review of the Application confirms that it includes all necessary information.  It sets forth the name and necessary information of the judgment debtor, and it describes the nature and amount of the debt.  (Doc. 12, ¶¶ 1-3.)  It further describes that the last demand for payment was made on March 10, 2017—more than thirty days from the filing of the Application—and that the judgment debtor has failed to pay the amount owed.  (*Id.* at ¶ 4.)  Finally, the Application explains that the Garnishee is believed to be in possession of property in which judgment debtor has a substantial nonexempt interest and will owe the money or property to the judgment debtor.

Accordingly, the Application satisfies the statutory requirements.  The undersigned, being otherwise sufficiently advised, **RECOMMENDS** that the Court **GRANT** the Application.

This 9th day of May, 2018.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge