UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                            Case No. 1:00cv175

Kenneth J. Hammit,                   Judge Michael R. Barrett

    Respondent/Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 9, 2018 (Doc. 15) and Amended on May 11, 2018 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendations have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendations (Docs. 15, 16) of the Magistrate Judge are hereby **ADOPTED**. Plaintiff's Motion for Writ of Garnishment (Doc. 12) and Amended Motion for Writ of Garnishment (Doc. 14) are **GRANTED** consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge